**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § | 1:23-CR-00113-RP |
| **SAMUEL C. MILLER, IV** | § § | |

### O R D E R

On July 7, 2023, the undersigned issued an arrest warrant commanding the arrest of defendant Miller for allegedly violating conditions of his pretrial release. Dkt. Nos. 2,3.

The arrest warrant is **HEREBY RESCINDED** pending further order of the Court.

**SIGNED** on July 17, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE