UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| **V.** | § | NO. | A-23-CR-113 (RP) |
| | § | | |
| **SAMUEL C. MILLER IV** | § | | |

**ORDER ACCEPTING AGREED REVOCATION DISPOSITION**

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause and specifically the Report and Recommendation of the United States Magistrate Judge. Dkt. No. 20. On September 6, 2017, Defendant Samuel C. Miller IV was sentenced by U.S. District Judge Greg Kays, Chief United States District Judge for the Western District of Missouri to 16 months imprisonment and five years of supervised release for the offense of conspiracy to manufacture and distribute anabolic steroids, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E) and 846. Dkt. No. 5. After completing his sentence, Miller commenced supervision on December 14, 2018.

The United States Probation Office filed a Petition for Warrant or Summons for Offender Under Supervision on October 11, 2023, alleging that Miller violated five of his conditions of release, Mandatory Condition Nos. 1, 2 and 3, Special Condition c, and Standard Condition No. 5. Dkt. No. 5.

The court issued a warrant, Mr. Miller was taken into custody, and the parties submitted an Agreed Recommended Disposition in Final Revocation Proceeding and Waiver of Defendant's Appearance and Waiver of Hearing. Dkt. No. 18.

Based on the parties' motion, the Magistrate Judge found that the Defendant wished to waive his right to be present at his revocation hearing and wished to waive his hearing. Doc. No. 20. The Magistrate Judge further found that Mr. Miller wished to plead "true" to the alleged

violations of Mandatory Conditions Nos. 2 and 3, Special Condition c, and Standard Condition No. 5, but to remain silent on the alleged violation of Mandatory Condition No. 1. The Magistrate Judge found that Mr. Miller violated these four conditions of his supervised release. Dkt. No. 20. The Magistrate Judge further found that the parties had conferred in the case and agreed that the appropriate resolution in this matter would be to accept Mr. Miller's plea of true to the four conditions, to revoke Mr. Miller's term of supervised release, and to sentence Mr. Miller to a period of incarceration of 60 days, and to find that no supervised release term should follow.

Because this is an agreed disposition, there will be no objections filed by either party to the Report and Recommendation.

IT IS THEREFORE ORDERED that the Agreed Recommended Disposition in Final Revocation Proceeding (Doc. No. 18) is GRANTED.

IT IS FURTHER ORDERED that the United States Magistrate Judge's Report and Recommendation (Doc. No. 20) is hereby ACCEPTED AND ADOPTED by this Court for substantially the same reasons stated therein.

IT IS FURTHER ORDERED that Defendant Samuel C. Miller IV's term of supervised release is **REVOKED.**

IT IS FUTHER ORDERED that Defendant Samuel C. Miller IV be imprisoned for **SIXTY (60) DAYS with no term of supervised release to follow the term of imprisonment.**

SIGNED this 27th day of October 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE